THE U.S. BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Zoltan M. Treitl and                    :    Chapter 13
Angelica Treitl-Matei,                          :
Debtors                                         :    Bankruptcy No.: 19-15183-pmm
_____:

## STIPULATION RESOLVING THE MOTION BY DEBTORS FOR SANCTIONS AGAINST DONNA KARPENKO

It is hereby stipulated by and between Joseph L. Quinn, counsel for Debtors, and Eugene Orlando Jr. as counsel for Donna Karpenko and Kermit Netterburg, as follows:

1. Donna Karpenko and Kermit Netterburg agree not to pursue any further collection of an alleged pre-petition debt owed to Donna Karpenko and Kermit Netterburg by Zoltan M. Treitl and/or Angelica Treitl-Matei.

2. Any alleged debt owed to Donna Karpenko and Karmit Netterburg by Zoltan M. Treitl and/or Angelica Treitl-Matei shall be discharged upon successful completion by Debtors of the current confirmed plan or subsequent approved plan in the above-captioned bankruptcy case.

3. Donna Karpenko and/or Kermit Netterburg's post-petition collection activity with the alleged debt of Zoltan M. Treitl and/or Angelica Treitl-Matei was not willful conduct.

4. To date, Debtor's counsel has incurred time and expenses on behalf of Debtors in the amount of $1,081.10 in connection with Donna Karpenko and/or Kermit Netterburg's actions in the above-captioned matter.

5. Debtor's counsel agrees to compromise the reduce the itemized $1081.10 in time and expenses to $900.00 in an effort to efficiently resolve this matter before the Court.

6. Donna Karpenko shall reimburse Ross, Quinn & Ploppert, P.C. an amount of $900.00 within fourteen (14) days of the date this stipulation is approved by this

1

Honorable Court. This payment is in full and complete satisfaction of any and all claims by the Debtors and their counsel arising from this matter.

7. The respective attorneys for Debtor-Movants, Donna Karpenko, and Kermit Netterburg have full authority to resolve the matter through the execution of this stipulation.

8. The parties agree that a facsimile signature shall be considered an original.

Consented to and agreed to by:

Joseph L. Quinn, Esquire
Counsel for Debtor-Movants

By: *(signature)*

Eugene Orlando Jr., Esquire
Counsel for Donna Karpenko
and Kermit Netterburg

By: *(signature)*

Scott F. Waterman, Standing Trustee
Office of the Chapter 13 Trustee

By: *(signature)*

2